# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

FILED  
U.S. DISTRICT COURT  
BRUNSWICK DIV.  
2008 APR 28 P 4: 21  
R. Ake  
SO. DIST. OF GA.

UNITED STATES OF AMERICA

V.   CR207-00065-001

Ronald Cory Phillips

On February 12, 2008, the above-named was placed on probation for a period of twelve months. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Ronald Cory Phillips be discharged from probation.

Respectfully submitted,

Philip J. Lyons  
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this  28th  day of  April  , 2008.

James E. Graham  
United States Magistrate Judge